UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alexander N. Robinson<br><br>    Plaintiff,<br><br>    v.<br><br>CAS 4000 Kansas LLC,<br><br>Change All Souls Development Corp.,<br><br>Change All Souls Housing Corp.,<br><br>    Defendants. | CIVIL ACTION NO. 13-cv-00740<br>(RC/JMF) |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiff Alexander Robinson and Defendants CAS 4000 Kansas LLC, Change All Souls Development, Inc., and Change All Souls Housing Corporation, by and through their respective counsel, hereby jointly move the Court to approve the settlement they have reached in the above-captioned action. In support of this motion, Plaintiff and Defendants state as follows:

1.    Plaintiff's Complaint alleges, among other things, that Defendants violated the Fair Labor Standards Act and D.C. Minimum Wage Act Revision Act.

2.    The parties have engaged in good faith settlement negotiations. During such negotiations, the parties reached an agreement to resolve the above-captioned action on terms that are mutually acceptable. Under the agreement reached, the terms of the resolution are confidential; however, the parties are agreeable to submitting the terms of this resolution to the Court under seal or confidentially to Chambers for *in camera* review.

3. The resolution of claims under the Fair Labor Standards Act requires approval by the Court.

4. The bases of the parties' request that the Court approve their settlement are set forth in the Joint Memorandum in Support of Joint Motion for Approval of Settlement Agreement, filed concurrently herewith.

WHEREFORE, for the foregoing reasons, the parties respectfully request that this Court approve the settlement of the above-captioned matter reached by the parties.

Dated: this 21st day of January, 2014            Respectfully submitted,

By: /s/ B. Marian Chou
   B. Marian Chou
   D.C. Bar No. 433279

717 D Street, NW, #415
Washington, D.C. 20004
Telephone: (202) 783-2794
Facsimile: (202) 898-1995
E-mail: bmchou@attorneychou.com

*Attorney for Plaintiff*

By: /s/ B. Patrice Clair
   B. Patrice Clair
   D.C. Bar No. 1004228

FORDHARRISON LLP
1300 19th Street, N.W., Suite 300
Washington, DC  20036
Telephone: (202) 719-2000
Facsimile: (202) 719-2077
E-mail: pclair@fordharrison.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 21st day of January, 2014, I caused a true and accurate copy of the foregoing JOINT MOTION FOR APPROVAL OF SETTLEMENT to be filed with the Court using the CM/ECF system which will then send electronic notification of the filing to the following:

    B. Marian Chou
    717 D Street, NW, #415
    Washington, D.C. 20004
    *Attorney for Plaintiff*

                                                          /s/ B. Patrice Clair
                                                         B. Patrice Clair

DC:116974.1