UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 23 2014

Clerk, U S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| Alexander N. Robinson<br><br>Plaintiff,<br><br>v.<br><br>CAS 4000 Kansas LLC,<br><br>Change All Souls Development Corp.,<br><br>Change All Souls Housing Corp.,<br><br>Defendants. | CIVIL ACTION NO. 13-cv-00740<br>(RC/JMF) |

## ORDER APPROVING PARTIES' SETTLEMENT, DISMISSING CASE WITH PREJUDICE, AND CLOSING CASE

Upon consideration of the Joint Motion for Approval of Settlement, the Joint Memorandum in Support of Joint Motion for Approval of Settlement Agreement, the Parties' General Release and Settlement Agreement which was filed under seal, and for good cause shown, it is hereby

ORDERED that the parties' General Release and Settlement Agreement be and hereby is APPROVED, as the settlement reflects a reasonable compromise over issues, such as Fair Labor Standards Act coverage and computation of back wages, that are actually in dispute; and it is further

ORDERED that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE; and it is further

ORDERED that the Clerk of Court is directed to CLOSE this case.

SO ORDERED this 22nd day of January, 2014.

*[signature]*

Judge Rudolph Contreras
United States District Judge

Copies to:

B. Marian Chou
717 D Street, NW, #415
Washington, D.C. 20004
*Attorney for Plaintiff*

B. Patrice Clair
FORDHARRISON LLP
1300 19th Street, N.W., Suite 300
Washington, DC 20036
*Attorney for Defendants*

DC 116978 1